**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 12-6114**

───────────

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

LASCELLES CHRISTOPHER SOMIE,

     Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge. (3:06-cr-00037-JAG-1)

───────────

Submitted:  May 31, 2012     Decided:  June 6, 2012

───────────

Before KING, DUNCAN, and DIAZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Lascelles Christopher Somie, Appellant Pro Se.  Jonathan Holland Hambrick, Jamie L. Mickelson, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lascelles Christopher Somie appeals the district court's order denying relief on his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Somie, No. 3:06-cr-00037-JAG-1 (E.D. Va. Jan. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED